[No. 69811-7-I.  Division One.  June 30, 2014.]

*In the Matter of the Detention of* J.G.

Appeal from a judgment of the Superior Court for King County, No. 12-6-03585-1, James D. Cayce, J., entered January 7, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Dwyer, J.

[No. 69950-4-I.  Division One.  June 30, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE VAN THROWER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04111-0, Barbara Linde, J., entered February 1, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Grosse, J. Pro Tem.

[No. 70249-1-I.  Division One.  June 30, 2014.]

*In the Matter of the Marriage of* KARLA MAIA-HANSON, *Appellant*, and BRADLEY HANSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-07239-0, Catherine D. Shaffer, J., entered April 22, 2013. *Dismissed* by unpublished opinion per Trickey, J., concurred in by Cox and Leach, JJ.

[No. 70255-6-I.  Division One.  June 30, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MELONI TERRY, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 12-1-05027-6, Stewart R. Andrew, J. Pro Tem., entered April 19, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Appelwick and Schindler, JJ.